IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JADIEL JOEL SANCHEZ,<br>Defendant. | INDICTMENT<br><br>Criminal No. 25-402 (GMM)<br><br>Violations:<br>18 U.S.C. § 1951<br>(5 Counts)<br>18 U.S.C. § 924(c)(1)(A)(ii)<br>(4 Counts)<br><br>NINE COUNTS |

THE GRAND JURY CHARGES:

## COUNT ONE
### Interference with Commerce by Robbery
### 18 U.S.C. § 1951

At all times material to this Indictment the Texaco station and convenience store in Jardines de Carolina in Carolina, Puerto Rico was engaged in the retail sale of gasoline, automobile products, snacks and other items in interstate commerce and was an industry which affects interstate commerce.

On or about July 3, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant herein,

JADIEL JOEL SANCHEZ,

and others, aiding and abetting each other, did unlawfully obstruct, delay and affect commerce as that term is defined in 18 U.S.C. § 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in 18 U.S.C. § 1951, in that the defendant did unlawfully take and obtain personal property consisting of $300.00 in the presence of an employee from the gas station, against her will by means of actual and

threatened force, violence, and fear of injury, immediate and future, to her person, that is, by threatening the employee with a firearm in order to commit the robbery in violation of 18 U.S.C. § 1951.

## COUNT TWO
### Using, carrying and brandishing of a firearm in furtherance of a crime of violence
### (18 U.S.C. § 924(c)(1)(A)(ii))

On or about July 3, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant herein,

### JADIEL JOEL SANCHEZ,

and others, aiding and abetting each other, did knowingly use, carry and brandish a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, 18 U.S.C. § 1951 (Interference with Commerce by Robbery as charged in Count One of this Indictment). All in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

## COUNT THREE
### Interference with Commerce by Robbery
### 18 U.S.C. § 1951

At all times material to this Indictment the Puma station and convenience store in Americo Miranda Ave. in San Juan, Puerto Rico was engaged in the retail sale of gasoline, automobile products, snacks and other items in interstate commerce and was an industry which affects interstate commerce.

On or about July 8, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant herein,

### JADIEL JOEL SANCHEZ,

and others, aiding and abetting each other, did unlawfully obstruct, delay and affect commerce as that term is defined in 18 U.S.C. § 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in 18 U.S.C. § 1951, in

that the defendant did unlawfully take and obtain personal property consisting of packages of cigarettes, and prize lottery game tickets in the presence of an employee from the gas station, against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person, that is, by threatening the employee with a firearm in order to commit the robbery in violation of 18 U.S.C. § 1951.

## COUNT FOUR
### Using, carrying and brandishing of a firearm in furtherance of a crime of violence
### (18 U.S.C. § 924(c)(1)(A)(ii))

On or about July 8, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant herein,

### JADIEL JOEL SANCHEZ,

and others, aiding and abetting each other, did knowingly use, carry and brandish a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, 18 U.S.C. § 1951 (Interference with Commerce by Robbery as charged in Count Three of this Indictment). All in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

## COUNT FIVE
### Interference with Commerce by Robbery
### 18 U.S.C. § 1951

At all times material to this Indictment the Shell station and convenience store in Camarones ward in Guaynabo, Puerto Rico was engaged in the retail sale of gasoline, automobile products, snacks and other items in interstate commerce and was an industry which affects interstate commerce.

On or about August 8, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant herein,

### JADIEL JOEL SANCHEZ,

and others, aiding and abetting each other, did unlawfully obstruct, delay and affect

3

commerce as that term is defined in 18 U.S.C. § 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in 18 U.S.C. § 1951, in that the defendant did unlawfully take and obtain personal property consisting of $1,214 in the presence of an employee from the gas station, against her will through fear of injury, immediate and future, to her person in violation of 18 U.S.C. § 1951.

## COUNT SIX
**Interference with Commerce by Robbery**
**18 U.S.C. § 1951**

At all times material to this Indictment the Shell station and convenience store in Camarones ward in Guaynabo, Puerto Rico was engaged in the retail sale of gasoline, automobile products, snacks and other items in interstate commerce and was an industry which affects interstate commerce.

On or about August 10, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant herein,

JADIEL JOEL SANCHEZ,

and others, aiding and abetting each other, did unlawfully obstruct, delay and affect commerce as that term is defined in 18 U.S.C. § 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in 18 U.S.C. § 1951, in that the defendant did unlawfully take and obtain personal property consisting of $400.00 and packages of cigarettes in the presence of an employee from the gas station, against her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to her person, that is, by threatening the employee with a firearm in order to commit the robbery in violation of 18 U.S.C. § 1951.

## COUNT SEVEN
**Using, carrying and brandishing of a firearm in furtherance of a crime of violence**
**(18 U.S.C. § 924(c)(1)(A)(ii))**

On or about August 10, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant herein,

JADIEL JOEL SANCHEZ,

and others, aiding and abetting each other, did knowingly use, carry and brandish a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, 18 U.S.C. § 1951 (Interference with Commerce by Robbery as charged in Count Six of this Indictment). All in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

## COUNT EIGHT
**Interference with Commerce by Robbery**
**18 U.S.C. § 1951**

At all times material to this Indictment the Eco Maxx station and convenience store in Carraizo Alto area in Trujillo Alto, Puerto Rico was engaged in the retail sale of gasoline, automobile products, snacks and other items in interstate commerce and was an industry which affects interstate commerce.

On or about August 10, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant herein,

JADIEL JOEL SANCHEZ,

and others, aiding and abetting each other, did unlawfully obstruct, delay and affect commerce as that term is defined in 18 U.S.C. § 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in 18 U.S.C. § 1951, in that the defendant did unlawfully take and obtain personal property consisting of $1,600 in the presence of an employee from the gas station, against her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to her person, that is, by

threatening the employee with a firearm in order to commit the robbery in violation of 18 U.S.C. § 1951.

## COUNT NINE
### Using, carrying and brandishing of a firearm in furtherance of a crime of violence
### (18 U.S.C. § 924(c)(1)(A)(ii))

On or about August 10, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant herein,

JADIEL JOEL SANCHEZ,

and others, aiding and abetting each other, did knowingly use, carry and brandish a firearm during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that is, 18 U.S.C. § 1951 (Interference with Commerce by Robbery as charged in Count Eight of this Indictment). All in violation of 18 U.S.C. § 924(c)(1)(A)(ii).

*[space left blank intentionally]*

## FIREARMS FORFEITURE ALLEGATION
### (18 U.S. C. § 924(d)(l) and 28 U.S.C. § 2461(c))

The allegations contained in Counts Two, Four, Seven and Nine of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c).

Upon conviction of the offenses alleged in Counts Two, Four, Seven and Nine of this Indictment, Defendant JADIEL JOEL SANCHEZ shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), any firearms and ammunition involved or used in the commission of those offenses. All pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c).

TRUE BILL

FOREPERSON

Date: October-1-2025

W. STEPHEN MULDROW
United States Attorney

Jeanette M. Collazo-Ortiz
Assistant United States Attorney
Deputy Chief, Violent Crimes and
National Security Division

Luis Rivera-Méndez
Special Assistant United States Attorney